# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-283-676**

**Effective Date of Registration:**
February 23, 2021

**Registration Decision Date:**
March 29, 2021

---

## Title

**Title of Work:** 2.12.21 NYPD Arrest BLM Protesters, journalist attacked

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 12, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** FNTV LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** FNTV LLC
31-64 21st St, #102, Astoria, NY, 11106, United States

## Certification

**Name:** Donna Halperin
**Date:** February 23, 2021

Page 1 of 1

**Registration #:**   PA0002283676
**Service Request #:**   1-10200737271



Donna Halperin
11 Sunrise Plaza
Suite 301
Valley Stream, NY 11580 United States