# EXHIBIT B

# INVOICE

*Oliya Fedun*
**FNTV**
31-64 21st Street #102
Astoria, NY 11106
Phone: 917.754.0315
oliya@scootercaster.com

**DATE:**
January 27, 2022

**INVOICE #**
2022-01

**Bill To:**
Amy Payne
*CNN*

**Shoot/Project:**
Freelance News Gathering

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered: Freelance Video Service **1/26/2022** Sarah Palin Dining on UES | $5,000 |
| | $    5,000.00 |
| **TOTAL** | $    5,000.00 |

**PLEASE MAKE ALL CHECKS PAYABLE TO: FNTV LLC**
PAYPAL: oliya@scootercaster.com

*This invoice is due upon receipt.*

**PLEASE NOTE OUR NEW LICENSING TERMS** - TERMS AS AGREED